AFSCME, LOCAL 1303-260, COUNCIL 4, AFL-CIO *v.*
STATE BOARD OF LABOR RELATIONS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*J. William Gagne, Jr.*, in support of the petition.

*Eric M. Higgins* and *Alex K. Sherman*, in opposition.

Decided September 22, 2004

JOHN TIMBERS *v.* UPDIKE, KELLY AND
SPELLACY, P.C., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 83 Conn. App. 442 (AC 24364), is denied.

BORDEN and NORCOTT, Js., did not participate in the consideration or decision of this petition.

*John Timbers*, pro se, in support of the petition.

*David M. Sheridan, Joseph T. Sweeney* and *Kathleen A. St. Onge*, in opposition.

Decided September 29, 2004

ELEANOR MYERS *v.* CITY OF HARTFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 84 Conn. App. 395 (AC 23922), is denied.

*Sydney T. Schulman*, in support of the petition.

*Andrew J. Schneider*, in opposition.

Decided September 29, 2004